IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Lisa M. Mackenzie | : | |
| | : | |
| | : | Case No.: 17-18111 JKF |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation that was filed on April 19, 2018 at Docket Number 20.

Dated: May 11, 2018                              /s/ Brad J. Sadek, Esquire
                                                                    Brad J. Sadek, Esquire
                                                                    Sadek and Cooper
                                                                    "The Philadelphia Building"
                                                                    1315 Walnut Street, #502
                                                                    Philadelphia, PA 19107
                                                                    215-545-0008