IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Lisa M. Mackenzie | : | |
| | : | |
| | : | Case No.: 17-18111JKF |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

     I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 20.

Dated: August 7, 2018             /s/ Brad J. Sadek, Esquire
                                    Brad J. Sadek, Esquire
                                    Sadek and Cooper
                                    "The Philadelphia Building"
                                    1315 Walnut Street, #502
                                    Philadelphia, PA 19107
                                    215-545-0008